✎JS 45 (5/97) - (Revised USDC MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Fitch and Leo          **Category No.** II          **Investigating Agency** USDA OIG

**City**    Fitchburg and Leominster          **Related Case Information:**

**County**    Worcester

Superseding Ind./ Inf.   X              Case No. _____
Same Defendant   X              New Defendant _____
Magistrate Judge Case Number   26-4135 (COM)
Search Warrant Case Number   25-4256, 25-4487; -4488; -4489
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 26-cr-40007          ☑ Yes   ☐ No

Defendant Name   Roman Vequiz Fernandez          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name: _____

Address:    Leominster, MA

Birth date (Yr only): 1995    SSN (last 4#): _____    Sex: M    Race H    Nationality: Venezuelan

**Defense Counsel if known:**   Charles Dolan          Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Danial Bennett          Bar Number if applicable:   BBO # 657436

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   DHH          on   2/3/26

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/26/2026          Signature of AUSA: *Danial E. Bennett*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 7 USC 2024(b) and 18 USC 2 | SNAP Benefit Fraud, Aiding and Abetting | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

This is a negotiated plea to an Information.  Mr. Vequiz Fernandez has appointed CJA counsel.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013